UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID BEARD | § |
| | § No. 2:16-cv-12354-NJB-DEK |
| *Plaintiff*, | § |
| | § |
| v. | § JUDGE NANNETTE JOLIVETTE BROWN |
| | § |
| AUDUBON FIELD SOLUTIONS, LLC | § |
| | § MAGISTRATE DANIEL E. KNOWLES |
| *Defendant*. | § |

## JUDGMENT AND ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss with Prejudice filed herein on behalf of Plaintiffs and Defendant;

IT IS ORDERED, that the captioned matter be and it is hereby dismissed, with prejudice, with the parties bearing their own attorneys' fees and costs.

New Orleans, Louisiana, this __22nd__ day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE